

## MEMORANDUM **

Dewayne Kevon Moore appeals from the district court's judgment revoking supervised release. Because Moore has fully served his revocation sentence and is not subject to a term of supervised release, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**

### UNITED STATES of America, Plaintiff-Appellee,

v.

Dewayne Kevon MOORE, a.k.a. Lil Stuck, a.k.a. Dewayn Moore, a.k.a. Dewayne K. Moore, a.k.a. Dewayne Kevin Moore, a.k.a. Dewayne Kevon Walter Moore, a.k.a. Duwayne Moore, a.k.a. Stuck, a.k.a. Wayne, Defendant-Appellant.

No. 16-50275

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed May 31, 2017

### Amrit Pal SANGHERA, AKA Amritpal Sanghera, Petitioner,

v.

### Jefferson B. SESSIONS III, Attorney General, Respondent.

No. 12-70035

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed May 31, 2017

Jean-Claude Andre, Joshua Mausner, Assistant U.S. Attorneys, Terrence Mann, Sara B. Milstein, Ms, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant-Appellant

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

Mei F. Chen, Law Office of Mei F. Chen, San Jose, CA, for Petitioner

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).